of certiorari to the Court of Appeals of Lucas County, State of Ohio, denied. *Messrs. Albert H. Miller* and *Charles H. Brady* for petitioners. *Mr. Frank A. Baldwin* for respondents.

---

No. 406. PITTSBURGH HOTELS COMPANY *v.* UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Mr. George R. Beneman* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Alexander H. McCormick* for the United States.

---

No. 419. FRANK P. BLAIR *v.* UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. James W. Good, James B. Wescott* and *W. Warfield Ross* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Fred K. Dyar* for the United States.

---

No. 420. GLOBE INDEMNITY COMPANY OF NEW YORK *v.* COUNTY OF SCOTTS BLUFF, NEBRASKA, ET AL. October 31, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Nebraska denied. *Messrs. Matthew A. Hall, Raymond G. Young* and *Harvey M. Johnsen* for petitioner. No appearance for respondent.

---

No. 421. LOUIS SCHRIJVER, ADOLPH KRIJN, AND LEHMAN RUDOLPH KRIJN, COPARTNERS, *v.* HOWARD SUTHERLAND, ALIEN PROPERTY CUSTODIAN. October 31, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Sidney P. Simpson, Goldthwaite H. Dorr* and *Robert F. Cogswell* for